IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANYALL DEVICCIO MYLES                                               PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:17-cv-25-FKB

BILLIE SOLLIE                                                       DEFENDANTS

## OMNIBUS ORDER

This is an action pursuant to 42 U.S.C. § 1983 brought by Danyall Deviccio Myles, an inmate in the custody of the Mississippi Department of Corrections. The Court held an omnibus hearing in this matter on June 27, 2018. During the omnibus hearing, the undersigned questioned Plaintiff concerning his claims and addressed other case management issues. Plaintiff and Defendant consented to magistrate judge jurisdiction. Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders as follows.

Plaintiff's complaint concerns his time as a pretrial detainee at the Lauderdale County Detention Center. His claims, as clarified at the omnibus hearing, are as follows:

(1) Detention Center employees did not provide him with legal material relating to his ongoing criminal case on five occasions;

(2) Detention Center employees did not provide him with sick call forms or medical treatment in a timely manner;[1]

(3) Multiple locations in the Lauderdale County Detention Center contained mold, rust, and exposed insulation;

(4) Detention Center employees served too little food to Plaintiff, and did not maintain proper hygienic practices in serving the food he did receive;

---

[1] This claim does not include medical treatment, or the denial thereof, related to an alleged fall Plaintiff suffered in his cell on or about February 15, 2017. That claim is the subject of another suit, Civil Action No. 3:17-cv-288-FKB.

(5) His cell was not properly heated during the winter; and

(6) Plaintiff had inadequate access to toilets and hot water.

At the hearing, Defendant produced to Plaintiff a copy of Plaintiff's medical records, as well as a witness list and an exhibit list. The Court ordered Defendant to produce to Plaintiff a copy of Plaintiff's jail file as well.

Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by October 31, 2018. Any dispositive motions must be filed by November 14, 2018.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

So ordered, this the 5th day of July, 2018.

/s/ F. Keith Ball  
UNITED STATES MAGISTRATE JUDGE